FOWLER v. KNOWLES et al.

HILL, J. Under the pleadings and evidence there was no error in refusing an injunction.

Judgment affirmed. All the Justices concur.

No. 1005. NOVEMBER 14, 1918.

Petition for injunction. Before Judge Wright. Floyd superior court. April 27, 1918.

Henry Walker, for plaintiff.

L. H. Covington and Dean & Dean, for defendants.

---

FOWLER v. KNOWLES et al.

FISH, C. J. The case at a preliminary hearing was submitted upon the pleadings; and the court did not err in refusing to grant an interlocutory injunction.

Judgment affirmed. All the Justices concur.

No. 906. NOVEMBER 16, 1918.

Petition for injunction. Before Judge Wright. Floyd superior court. March 7, 1918.

Henry Walker, for plaintiff. L. H. Covington, for defendants.

---

PARKER v. PARKER.

HILL, J. Under the pleadings and evidence in this case the court did not abuse its discretion in granting temporary alimony and attorney's fees.

Judgment affirmed. All the Justices concur.

No. 1026. NOVEMBER 14, 1918.

Temporary alimony, etc. Before Judge Sheppard. Tattnall superior court. April 30, 1918.

H. H. Elders, for plaintiff in error. R. H. Burroughs, contra.

---

YAUGHAN v. THE STATE.

BECK, P. J. 1. The court properly informed the jury in the course of his instructions that the case against the defendant was based upon circumstantial evidence, and properly gave them in charge the definition of circumstantial evidence and the rule as to the sufficiency of circumstantial evidence as stated in the Penal Code, § 1010. The fact